UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN-GLEN MEHL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN RICHARD SHREWSBERRY;<br>WELLS FARGO BANK NATIONAL<br>ASSOCIATION,<br><br>　　　　Defendants. | No. 2:19-cv-1099-TLN-EFB PS<br><br><br>ORDER |

  Plaintiff seeks leave to proceed *in forma pauperis* pursuant to 28 U.S.C. 1915.[1]  His declaration makes the showing required by 28 U.S.C. §1915(a)(1) and (2).  *See* ECF No. 2. Accordingly, the request to proceed *in forma pauperis* is granted.  28 U.S.C. § 1915(a).

  Defendants have also filed a motion to dismiss the complaint, which they noticed for hearing for hearing on September 18, 2019.  ECF No. 3.  Court records reflect that plaintiff has not filed an opposition or statement of non-opposition to the motion.

  Local Rule 230(c) provides that opposition to the granting of a motion, or a statement of non-opposition thereto, must be served upon the moving party, and filed with this court, no later than fourteen days preceding the noticed hearing date or, in this instance, by September 4, 2019.

---

[1] This case, in which plaintiff is proceeding *in propria persona*, was referred to the undersigned under Local Rule 302(c)(21).  *See* 28 U.S.C. § 636(b)(1).

1

Local Rule 230(c) further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party." Local Rule 183, governing persons appearing in pro se, provides that failure to comply with the Federal Rules of Civil Procedure and Local Rules may be grounds for dismissal, judgment by default, or other appropriate sanctions. Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." *See also Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal."). Pro se litigants are bound by the rules of procedure, even though pleadings are liberally construed in their favor. *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987).

Accordingly, good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion to proceed *in forma pauperis* (ECF No. 2) is granted.

2. The hearing on defendants' motion to dismiss (ECF No. 3) is continued to October 16, 2019 at 10:00 a.m. in Courtroom No. 8.

3. Plaintiff shall file an opposition to defendants' motion, or a statement of non-opposition thereto, no later than October 2, 2019.

4. Failure to file an opposition to the motion will be deemed a statement of non-opposition thereto, and may result in a recommendation that this action be dismissed for lack of prosecution and/or for failure to comply with court orders and this court's Local Rules. *See* Fed. R. Civ. P. 41(b).

5. Defendants may file a reply to plaintiff's opposition, if any, on or before October 9, 2019.

6. Defendants' request to appear telephonically at the September 18, 2019 hearing (ECF No. 6) is denied as moot.

DATED: September 12, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE